UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

December 14, 2018

Kristi Kelly, Esq.
Kelly & Crandall PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA  22030

Re: **Marsha Heath, et al. v. Diaz & Associates, Inc.**
    **Civil Action No.  3:18CV00704**

Dear Ms. Kelly:

The above-noted case is currently pending before United States District Judge John A. Gibney, Jr. Court records indicate that service has been made upon the defendant in this matter, Diaz & Associates, Inc..  No answer or other responsive pleadings have been filed.

It is requested that appropriate steps be taken to proceed with this case on Judge Gibney's docket.

Thank you for your cooperation.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____/s/_____
W. Tuck, Deputy Clerk