IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARSHA HEATH, ROBERT KEMERY, SEAN LAWRENCE, and SCOTT ROGERS *on behalf of themselves and all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>DIAZ & ASSOCIATES, INC.,<br><br>Defendant. | Civil Action No. 3:18-cv-704 |

## CONSENT DECREE

THIS DAY CAME the Plaintiffs, Marsha Heath, Robert Kemery, Sean Lawrence, and Scott Rogers, by counsel, and the Defendant, Diaz & Associates, Inc., and hereby moves this Court to enter the this Consent Decree in the above-styled action.

UPON CONSIDERATION, of the representations of Plaintiffs' counsel and Diaz & Associates, Inc., for good cause shown, it is ORDERED, ADJUDGED and DECREED that the Defendant SHALL NOT the collect, attempt to collect, resell and/or credit report any debts purchased from or originated by Western Sky and/or CashCall for a consumer with a Virginia address.

UPON CONSIDERATION, of the representations Plaintiffs' counsel and Diaz & Associates, Inc., and for good cause shown, it is ORDERED, ADJUDGED and DECREED that the Complaint against Defendant, Diaz & Associates, Inc.is DISMISSED WITH PREJUDICE.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court retains jurisdiction over this matter in order to enforce this Consent Decree and the Parties' settlement agreement.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 9 day of ~~December, 2018.~~ January, 2019

/s/
John A. Gibney, Jr.
United States District Judge

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey Nash, Esq., VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

James W. Speer, (VSB# 23046)
Virginia Poverty Law Center
919 E. Main Street, Suite 610
Richmond, VA 23219
(804) 782-9430
Fax: (804) 649-0974
Email: jay@vplc.org

*Counsel for Plaintiffs*

Victor Diaz, Owner
Diaz & Associates, Inc.
*Defendant*